DAYTON BAR ASSOCIATION *v.* MARZOCCO.

[Cite as *Dayton Bar Assn. v. Marzocco* (1994), 71 Ohio St.3d 306.]

(No. 94–537—Submitted October 11, 1994—Decided December 23, 1994.)

*Edward J. Dowd,* for relator.

*Ralph L. Marzocco, pro se.*

---

*Per Curiam.* This court agrees with the findings and recommendation of the board. Respondent is hereby indefinitely suspended from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.